# Court of Appeals
# of the State of Georgia

ATLANTA, October 19, 2015

*The Court of Appeals hereby passes the following order*

**A16D0059. LATRELL SPREWELL v. CANDACE CABBIL.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2013CV233668



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, October 19, 2015.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*